

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Jerzy ("George") and Maria Jedrzejowski, et al.

Vs.
Bureau of Citizenship and Immigration Services

07CV7089
JUDGE DARRAH
MAG. JUDGE SCHENKIER

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Jerzy ("George") and Maria Jedrzejowski, Elizabeth Miller and Henryka Dybalska

FILED
DEC 18 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) <br> Richard J. Puchalski | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> /s/ Richard J. Puchalski | |
| FIRM <br> Law Offices of Richard J. Puchalski | |
| STREET ADDRESS <br> 111 W. Washington Street, Suite 751 | |
| CITY/STATE/ZIP <br> Chicago, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 2261189 | TELEPHONE NUMBER <br> (312) 332-4428 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [x]   NO [ ] |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [x]   NO [ ] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [x]   NO [ ] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [x]   NO [ ] |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL [ ]   APPOINTED COUNSEL [ ] | |