**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Jerzy (George) Jedrzejowski, et al.

                              Plaintiff,

v.                                                      Case No.:
                                                          1:07−cv−07089

                                                          Honorable John W. Darrah

Bureau of Citizenship and Immigration Services

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, April 30, 2008:

      MINUTE entry before Judge Honorable John W. Darrah:Plaintiffs' oral motion to dismiss this case with prejudice is granted. Civil case terminated. Mailed notice(maf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.